

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00379-CR

**IN RE** John Bernard **WILLIAMS, III**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

On June 12, 2025, relator filed an appeal from the trial court's denial of his motion for judgment nunc pro tunc. This court ordered relator to show cause in writing why this appeal should not be dismissed for want of jurisdiction because this court is not vested with jurisdiction to consider an appeal from the denial of a motion for judgment nunc pro tunc and the proper remedy is a petition for writ of mandamus. Relator filed a separate petition for writ of mandamus, which was assigned cause number 04-25-00486-CR, and then subsequently filed a response in this matter requesting that the appeal filed in this cause number be treated as an original proceeding. The petition for writ of mandamus was denied for failure to comply with Rule 52 of the Texas Rules of Appellate procedure. Relator filed a motion for reconsideration of this court's denial of that petition for writ of mandamus.

On August 26, 2025 we granted relator's request to treat this appeal as an original proceeding and ordered relator to file a petition for writ of mandamus that complies with Texas Rule of Appellate Procedure 52.3 within twenty (20) days of the date of the order and advising relator that the failure to do so would result in the dismissal of this matter for lack of prosecution. Relator has not filed a compliant petition for writ of mandamus. Accordingly, this proceeding is **DISMISSED** for lack of prosecution. All pending motions are **DENIED AS MOOT**.

---

[1]This proceeding arises out of Cause No. 2019CR6240, styled *State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.

It is so **ORDERED** on November 12, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

Caitlin A. McCamish, Clerk of Court